# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES REGINALD COOKS, AT7962, | )<br>) |
| Plaintiff(s), | ) No. C 16-0005 CRB (PR)<br>) |
| vs. | ) ORDER OF TRANSFER<br>) |
| LOS ANGELES COUNTY SUPERIOR COURT, et al., | ) (Dkt. #2, 4 & 8)<br>)<br>) |
| Defendant(s). | )<br>) |

Plaintiff, a prisoner at California State Prison, Solano (CSP - Solano), has filed a pro se action seeking certain discovery and damages from two employees of the Los Angeles County Superior Court. A substantial part of the events or omissions giving rise to the claim(s) occurred, and the defendants named reside, in Los Angeles County, which lies within the venue of the Central District of California, Western Division. See 28 U.S.C. § 84(c)(2). Venue therefore properly lies in the Central District, Western Division. See id. § 1391(b).

Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Central District of California, Western Division.

The clerk shall transfer this matter and terminate all pending motions as moot.

SO ORDERED.

DATED: Jan. 19, 2016

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.16\Cooks, C.16-0005.transfer.wpd